■ In the Matter of Guy V. Molinari et al., Respondents, v M. Peters, Also Known as Jack Peters, Appellant, et al., Respondents. In the Matter of John M. Peters, Appellant, v Frank X. Gargiulo et al., Respondents, and Guy V. Molinari et al., Respondents.—In proceedings, *inter alia,* to (1) invalidate petitions designating M. Peters, also known as Jack Peters as a candidate in the Republican Party primary election to be held on September 9, 1980 for the public office of Representative to the United States Congress from the 17th Congressional District and (2) validate said designating petitions, the appeal is from a judgment of the Supreme Court, Richmond County, dated August 21, 1980, which, *inter alia,* granted the application to invalidate and dismissed the application to validate. Judgment affirmed, without costs or disbursements. No opinion. Mollen, P. J., Damiani, Mangano, Gulotta and Weinstein, JJ., concur.

■ In the Matter of Joseph Munis et al., Appellants, v William Cruz-Colon et al., Respondents.—In a proceeding, *inter alia,* to invalidate petitions designating William Cruz-Colon as a candidate in the Democratic Party primary election to be held on September 9, 1980 for the party office of Member of the State Committee from the 59th Assembly District, the appeal is from a judgment of the Supreme Court, Kings County, dated August 19, 1980, which, *inter alia,* dismissed the proceeding. Judgment affirmed, without costs or disbursements. No opinion. Mollen, P. J., Damiani, Mangano, Gulotta and Weinstein, JJ., concur.